UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America *ex rel.* STEVEN KURT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MEDICS CHOICE HOME HEALTH, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 16-cv-03162-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 41 |

This *qui tam* action was filed on June 9, 2016. (Dkt. 1.) The Court granted several extensions of time for the United States to decide whether to intervene prior to unsealing the complaint and granting intervention for purposes of settlement on November 12, 2020. (Dkt. 40.) On September 7, 2021, the Court ordered the parties to file a status report no later than September 14, 2021. No such status report was ever filed. The Court has a full case load and does not have the time to manage this case for the parties. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than May 6, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is admonished that, if he does not file a response by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: April 25, 2022

_____
SALLIE KIM
United States Magistrate Judge